※ Jameshynn O'Hines , aka Jackson Malloy,
※ NAME
199067 Az Dept of Corr#), (K86989 Calif Dept of Corr),
PRISON NUMBER
※ State Agencies Website    ARS# 41-4151-4152-4153#
※ Box 3400 1040 smuII Eyman Complex , (ConRep of US
CURRENT ADDRESS OR PLACE OF CONFINEMENT

※ Florence Az 85232 , (Region IV Parole & C.S.O.)
CITY, STATE, ZIP CODE

**FILED**

APR 1 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

2254 ✓    1983
**FILING FEE PAID**
Yes ___  No ✓
**IFP MOTION FILED**
Yes ___  No ✓
**COPIES SENT TO**
Court ✓  ProSe

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Jameshynn O'Hines ,
(FULL NAME OF PETITIONER)
                    **PETITIONER**

v.

Ombudsman J. Ontiveros,
(NAME of WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE
CALIFORNIA DEPARTMENT OF CORRECTIONS])

                    **RESPONDENT**
                    and
State Attorney General Office
1300 I Street Suite 1740 ,
The Attorney General of the State of
California, Additional Respondent.
Sacramento, Ca 95814
(916) 324-5437.※

Civil No  '08 CV 0697 DMS LSP
          (TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

**PETITION FOR WRIT OF HABEAS CORPUS**

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: Chula Vista South Bay DIVISion 500 c third Ave "Superior" San Diego, Ca. 91910.※

2. Date of judgment of conviction: Approx January 4th, 1998.

3. Trial court case number of the judgment of conviction being challenged: SRF124463

4. Length of sentence: Five years (5) at 80% perior.?

CIV 68 (Rev. Jan. 2006)

(See 1-A) Supplement

-1-

5. Sentence start date and projected release date: *Retroactive starting time as of Violation of parole upprox November 28th 1997 to 2004 + 3yrs.*

6. Offense(s) for which you were convicted or pleaded guilty (all counts): *Battery on u non-prisoner Culit pc. 4501.5 pc and consolidated civil M.D.O. at San Luis Obispo, Ca. indeterminate as uku#*

7. What was your plea? (CHECK ONE)
   - (a) Not guilty ☐
   - (b) Guilty ☒
   - (c) Nolo contendere ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   - (a) Jury ☐
   - (b) Judge only ☐

9. Did you testify at the trial?
   ☒ Yes ☐ No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
   ☒ Yes ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
   - (a) Result: *Denied encouraged to proceed 4th 9th 3rd Dist.*
   - (b) Date of result (if known): *September 20th 2000*
   - (c) Case number and citation (if known): *Appeal No. D040670*
   - (d) Names of Judges participating in case (if known) *unknown Kevin Lane Assistant Clerk Administrator Stephen M. Kelly Clerk*
   - (e) Grounds raised on direct appeal: *Not jurisprudent at time of proper : Basically : Amended Abstract of judgement and over familiarity w/ staff for "community controversy".*

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
   - (a) Result: *Copied correspondence retained w/ petitioner c.c.*
   - (b) Date of result (if known): *November, 22nd, 2007 #.*
   - (c) Case number and citation (if known): *James Lynn O'Hine's uku Jackson Malloy K86989 V. State of California (# unknown)*
   - (d) Grounds raised: *Exhaustion of Remedies 42 usc § 1997 e. (a) Keheny V. Rushing civil trial post conviction M.D.O. civil trial post conviction, Judge w/out a jury Venue unfair and partial, Rendered Guilty Plea Involuntarily, illegal inducements offered to pressure defendant into plea bargin Selective prosecution as Vindictive prosecution case trading by P.A.*

*(See 2.A supplement)*

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:

(a) Result: _Three times 2005 to 2006 to 2007 (Up date 11/29/07 #)_

(b) Date of result (if known): _Sept 14th, Oct 24, 2005 / Aug. 2nd 2006,_

(c) Case number and citation (if known): _Clerks memorandums 60 days to amend for procedural defaults._

(d) Grounds raised: _§ 504 of the Rehabilitation Act of 1973 29 USC 794(a), Brandeis Rules for Class Action Lis pendens, Ex turpi causa for duplicitous appeal issue(s), Accessory before the fact; Hmo UCC § 4-104(c)_

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
☒ Yes  ☐ No

15. If your answer to #14 was "Yes," give the following information:

(a) **California Superior Court** Case Number (if known): _Piecemail filings #_

(b) Nature of proceeding: _Petition for Amended Abstract of the Judgement and Judge Jesus Rodriguez cc Labor Dispute #_

(c) Grounds raised: _To allow the true name as originally charged to be stated for the record for agencies records information request (Diamond Bar Calif Micro filche) Calif Dept. of Corr. and State Hospital Calif Dept. of Rehab_

(d) Did you receive an evidentiary hearing on your petition, application or motion?
☒ Yes  ☐ No

(e) Result: _approved for amendment_

(f) Date of result (if known): _approximately April 1998 #_

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
☒ Yes  ☐ No

CIV 68 (Rev. Jan. 2006)

cv

17. If your answer to #16 was "Yes," give the following information:

    (a) **California Court of Appeal** Case Number (if known): 0040670

    (b) Nature of proceeding: Quasi - jurisdiction Application by Letter

    (c) Names of Judges participating in case (if known) (Unknown) clerks; Stephen M Kelly, and Kevin Lane. ✷

    (d) Grounds raised: Diversity Jurisdiction, requesting claim forms to proceed from District to District due to obstruction by civil court proceedings post conviction.

    (e) Did you receive an evidentiary hearing on your petition, application or motion?
    ☒ Yes ☐ No

    (f) Result: partially approved no records int authority/dates.

    (g) Date of result (if known): Feburay 10th 2006.

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
☒ Yes ☐ No

19. If your answer to #18 was "Yes," give the following information:

    (a) **California Supreme Court** Case Number (if known): _____

    (b) Nature of proceeding: Writ of Habeas Corpus State to State for duplicitous appeal orders and judgements civil /state

    (c) Grounds raised: illegal plea bargin, Ineffective assistance of counsel, double jeopardy, and capacity defense.

    _____

    _____

    (d) Did you receive an evidentiary hearing on your petition, application or motion?

    ☐ Yes ☒ No

    (e) Result: pending as of 11/22/07 C.C. retained & supplemented.

    (f) Date of result (if known): 11/22/07 and ------- Jan 1st, 2008.

CIV 68 (Rev. Jan. 2006)

cv

20.  If you did *not* file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:

Obstruction by state officials due to scandless matter(s). and sundry situations. Local vicinities San Diego to Phoenix Comparative Disparity of over familiarized church/state officials. Untri and Parial Vonue. (via Santa Barbara Cy.

## COLLATERAL REVIEW IN FEDERAL COURT

21.  Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
     ☐ Yes ☒ No     (IF "YES" SKIP TO #22)
     (a)  If no, in what federal court was the prior action filed? California San Diego, Southern Federal Dist.
          (i)  What was the prior case number? 307 cv 01816 WQH - RBB
          (ii)  Was the prior action (CHECK ONE):
                ☐ Denied on the merits?
                ☒ Dismissed for procedural reasons?
          (iii)  Date of decision: Feb 5 2008
     (b)  Were any of the issues in this current petition also raised in the prior federal petition?
          ☐ Yes ☒ No
     (c)  If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
          ☒ Yes ☐ No

## CAUTION:

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present *all* other grounds to the California Supreme Court before raising them in your federal Petition.

- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.

- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

CIV 68 (Rev. Jan. 2006)

cv

## GROUNDS FOR RELIEF

22. **State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground.** (e.g. what happened during the state proceedings that you contend resulted in a violation of the constitution, law or treaties of the United States.) If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: Conviction obtained by a violation of the protection against double jeopardy. (United States V Torres 751 F2d 875 9th Cir) (1984) (18 USC § 365 split sentencing)

**Supporting FACTS:** The original Rule Violation referral for D.A. prosecution as a parole violater subject to Quasi-authority of the Board of Prison terms by Interstate compact agreement, and taken to court denies the guarantee of the claimants right to not be subjected twice for the same offense, at the arraignment and pre-liminary trial proceedings, under an alias proscribed in a discovery modification by the state prosecution seeking a conviction by a plea bargain as a presentment or indictment compelling claimant + be a witness against himself with an identity objected to at arraignment for lesser charges due to class action plaintiff status of true identity as originally charged. The defense preserves a parollee "alternative sentencing factor" that resulted in a split sentence of state and civil codes to demonstrate double jeopardy at the substantive legal favors of Amended Abstract of judgement and succinctly Keheny v. Rushing civil consolidation for an adjective civil indeterminate sentence of MDO.

**Did you raise GROUND ONE in the California Supreme Court?**

☑ Yes ☐ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): Habeas Petition

(2) Case number or citation: Unknown cc (returned) 11/22/07 #

(3) Result (attach a copy of the court's opinion or order if available): attached (cc).

**(b)** **GROUND TWO:** Denial of effective assistance of trial counsel or counsel on direct appeal in the state courts. (Faretta V. California, 422 us 806 (1975).).

**Supporting FACTS:** At court proceedings; arraignment and preliminary, Claimant was objecting to problem of (1st). an identity introduced at trial obtained in violation of constitutional rights a substantial burden to create a "conflict of interest" between state appr. atty and Claimant. (2nd) Public defenders office; of state custody presages appt. of counsel, denied choice of ones own counsel, in the interest of justice to provide advice within the scope of California Affirmative Defenses that would effectively relieve defendant from burden of ineffective assistance of counsel. The advice of counsel to accept a plea bargin implied upon the right to present favorable defenses, stated in the form of the reason why the plea bargin was accepted for other wrongs "preserved in the transcripts", at sentencing for case trade-off but not for the case on trial, clear and convincing evidence favorable to the appellant retrospectively for altering or amending the judgement; (due to involuntarily pleading of guilt w/ counsel, the type of pressures exerted denied competent and reasonable advice and the inducements offered to plead guilty pressured innocent defendant for punishment beyond what is warranted by the severity of the crime). As a parole violator its a reserved right to seek alternative counsel when in conflicts.

**Did you raise GROUND TWO in the California Supreme Court?**

☑ Yes ☐ No.

    If yes, answer the following:

    (1)   Nature of proceeding (i.e., petition for review, habeas petition): Writ Habeas.

    (2)   Case number or citation: _____

    (3)   Result (attach a copy of the court's opinion or order if available): _____

CIV 68 (Rev. Jan. 2006)

(See: 7-A Supplement), & 7.B).CV

(c) **GROUND THREE:** Conviction was obtained as retalitory under 1st Amendment Rights Freedom of speech and Press ("Drambowski Doctrine")(Drambowski v Pfister 479 380 US 85 SCt 1116 (1965).

**Supporting FACTS:** "Fox Libel Act" or defamatory, if disseminated to the public Writings used in private enterprise for personal profit seeking prisoner publication to various Contracted firms by video documentary evidence, and verbal guarantee in custody of parole and prison denial freedom of speech in self-defense due to adverse color of authority associations in Supervisory capacities. letters, poems, and song lyrics for a period of 10 yrs; State of California) and San Diego Union Tribune Newspaper photographs and stories of Ethnic, Religious local business associates familial in nature post-conviction denied fair and Impartial Venue for trial due to pre-conviction investigative reporting =; State of California).

The Conviction for negative / adverse protocol of the charges of Batt. on a non-prisoner was obtained by the pre-conceived hostile business take over Administrative Acts of local law enforcement vs- Appellant Ethnic, I.N.S. Religious modus operandi for ex turpi causa in the Supervisory region of parole and community services division attracting local Irish pre-post 9/11- San Diego to Florida + NY my. Retroactively. Church and State Espionage Act of Catholic Diocese Parish of St. Thomas of Aquinis (18 USCA # 793) (ee) --- Campensino cause of East County San Diego v. Inman State of Ariz v. Hino's, Chicago Temple v. Fox,

**Did you raise GROUND THREE in the California Supreme Court?**

☐ Yes  ☑ No.

If yes, answer the following:

(1) Nature of proceeding (i.e., petition for review, habeas petition): N/A

(2) Case number or citation: N/A

(3) Result (attach a copy of the court's opinion or order if available): N/A

**(d)** **GROUND FOUR:** Conviction was obtained in Violation of the Cause and prejudice Rule, constitutionally valid sentence resulted from the trial courts error (18 USCA §286-287 qui-tam)

**Supporting FACTS:** (1st) Constitutional Error as: Immediate Sentencing on a plea bargin with Judge Jesus Rodriguez on transcripts --- noting the cause to excuse the defendants lapse for a "Real defense" made impracticable for presentation at trial due to the governmental interference of the court as wrongful for the mode of conduct in/of Immediate sentencing denying the opportunity for the defense to prove by mitigating evidence, actual Innocence, In favor of a plea bargin --- The courts comments as to not enough time for a more full review; parole violation w/ new term in custody, denial of Equal protection. Transcripts preserve the fundemental error - The misscarriage of justice is based on the procedural default for retrospective application rendering unfairness In the conviction of one innocent from the Constitutional error resulted as "pooling defendants in custody for group convictions". Because of the Rule Violation referred for D-A prosecution of one in custody immoral judgement at immediate sentencing results to decrease obligations to the government of the petitioner w/ public concract for rehabilitation as Parollee w/ disability physical & mental. Judicial office insurrection allows for discovery and cause of action.

**Did you raise GROUND FOUR in the California Supreme Court?**

☐ Yes ☑ No.

If yes, answer the following:

    (1)   Nature of proceeding (i.e., petition for review, habeas petition): _N/A_

    (2)   Case number or citation: _N/A_

    (3)   Result (attach a copy of the court's opinion or order if available): _N/A._

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☒ Yes  ☐ No

24. If your answer to #23 is "Yes," give the following information:

(a) Name of Court: _Superior Court of San Diego_ ✳

(b) Case Number: _2007 00078120 Cu PO CTL_

(c) Date action filed: _Dec 12 2007_

(d) Nature of proceeding: _Civil suit PI PO WD Civil Code sec_
_1812-10   2984.4 # and civil code 1382 ~ (Joinder Dets)_

(e) Name(s) of judges (if known): _Ronald M. George  Robert S. Drake_

(f) Grounds raised: _General Negligence --- Hospital and Medical_
_Expenses, Involuntary Intoxication, Calif Med Association_
_HIv + discrimination, Contract failure from State Hospital_
_post conviction of case SRF122463 as aka Jackson Matty_ ①
_RE96494  42 usc 1396 r compensation PHxs (Infringements)._

(g) Did you receive an evidentiary hearing on your petition, application or motion?
☑ Yes  ☐ No

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing: _(pro perla person  trial set for 2-29-08)_
_Public defender Guerra # (Roberto) (Miguel) #_

(b) At arraignment and plea: _Davis # Downtown Dtny  public defender_
_office_

(c) At trial: _Davis # Southbay Chula Vista  transient_
_immediate sentencing_

(d) At sentencing: _Davis #_

(e) On appeal: _pro per_ ✳

(f) In any post-conviction proceeding: _pro per_ ✳

(g) On appeal from any adverse ruling in a post-conviction proceeding: _pro per_ ✳

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☐ Yes  ☑ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☑ Yes  ☐ No

   (a) If so, give name and location of court that imposed sentence to be served in the future:
   _aka Jackson Malloy #86989 (San Luis Obispo County)._

   (b) Give date and length of the future sentence: _2004 to 2007 2008 @ approx 3 to 4 yrs and civil moo Indeterminate_

   (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   ✳ ☑ Yes  ☐ No

28. Consent to Magistrate Judge Jurisdiction

   In order to insure the just, speedy and inexpensive determination of Section 2254 habeas cases filed in this district, the parties may waive their right to proceed before a district judge and consent to magistrate judge jurisdiction. Upon consent of all the parties under 28 U.S.C. § 636(c) to such jurisdiction, the magistrate judge will conduct all proceedings including the entry of final judgment. The parties are free to withhold consent without adverse substantive consequences.

   The Court encourages parties to consent to a magistrate judge as it will likely result in an earlier resolution of this matter. If you request that a district judge be designated to decide dispositive matters, a magistrate judge will nevertheless hear and decide all non-dispositive matters and will hear and issue a recommendation to the district judge as to all dispositive matters.

   ·You may consent to have a magistrate judge conduct any and all further proceedings in this case, including the entry of final judgment, by indicating your consent below.

Choose only one of the following:

☑ Plaintiff consents to magistrate judge jurisdiction as set forth above.

**OR**

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

**29.** Date you are mailing (or handing to a correctional officer) this Petition to this court: *Approx.*

2-20-08 - (*April '08* *approx.*) R.

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_propria persona_

SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct.  Executed on

2- 20 - 08                    James Lynn O'Hinas

(DATE)                         SIGNATURE OF PETITIONER

Revised. 4/4/08 #

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

James Lynn O'Hines

**DEFENDANTS**

Ontiveros

| | |
|---|---|
| 2254 | |
| FILING FEE PAID | |
| Yes | No |
| IFP MOTION FILED | |
| Yes | No |
| COPIES SENT TO | |

**FILED**

APR 1 4 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)

IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

James Lynn O'Hines
PO Box 3400
Florence, AZ 85232
197067

**ATTORNEYS (IF KNOWN)**

'08 CV 0697 DMS LSP

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government Defendant

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX**
**(For Diversity Cases Only)   FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

## 28 U.S.C. 2254

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment &Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ Other Contract | | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☒ 530 General | Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding  ☐ 2 Removal from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ 6 Multidistrict Litigation  ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:**  ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23   DEMAND $ _____

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):**   JUDGE _____   Docket Number _____

DATE   4/14/2008

SIGNATURE OF ATTORNEY OF RECORD

R. Mullen