'08 CV 0697 DMS LSP

1. Supplement to Respondents.
2. As: San Diego State of California Attorneys Generals
3. Offices: Criminal Appeals Division = 202 C Street
4. San Diego Ca. 92101 * California Dept of Corrections
5. (916) 324-2891   Judy # 29 (extension).
6.
7.    Certificate of Service on
8. I James Lynn O'Hines have furnished the opposing
9. parties and their attorneys with copies of each
10. document submitted to the Southern District Federal Courts.
11. except the initial complaint and application to proceed
12. In forma pauperis - Approximately on 2/20/08
13.
14.                                propria persona
15.                                James Lynn O'Hines
16. Arizona Attorney General Office at:
17. 1275 West Washington Street
18. Phoenix Az. 85007
19.    1-800-352-8431. "
20.                              propria persona
21.                              James Lynn O'Hines
22.
23.
24.
25.
26.
27.
28.
29.

FILED APR 14 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY DEPUTY

(1-A)

12.# Continued: — — — California Supreme Court 3rd Appellate District Sacramento Ca. #95814.

(d.) Grounds raised: Quick cop to a plea, not compelled to incriminate self, Automation, see: George Whitecross Paton, A textbook of Jurisprudence 315 4th ed 1972. psychotropic pre-m.o.o. civil commitment to Atascadero State Hospital San Luis Obispo Calif, Action and Conduct occurring w/out will, purpose or, personal intentions, sleepwalking, unconsciousness, w/out full awareness, though capable not conscious. Intelligent and Voluntary Pleas    case reference: Parke v. Raley Sct 1992.

Boykin v. Alabama Sct 1969
Henderson v. Morgan Sct 1976
Brady v. United States Sct 1970
U.S. v. Jackson Sct. 1968

Violation of due process in the course of pre-trial conference preliminary Immediate sentencing Judge w/out a jury.    Newton v. Rumery Sct. 1987
Miles v. Dorsey 10th cir 1985
Burdenkircher v. Hayes Sct 1978

⌈Copied correspondence enclosed. inre: J/m Letter to Defendant Oct, 8, 2006, referencing staff over familiarity Warden Ontiveros. Request to be moved to Tucson Az away from San Diego Ca and Phoenix geographical proximity area of locale. Deputy Warden Johnson. Respondent.⌋

Grounds continued: Ineffective Assistance of Counsel Parole Violater Allocution in defense, Obstruction of Due process, Interstate Compact Agreement, Interdepartmental feeding #

(2-4)

Grounds Two continued:

(A) Supplement Pleading: Denied Counsel on direct appeal in the state & civil courts for state felony Conviction of felony that resulted in M.D.O. State Hospital Consolidation and pending civil San Diego County Court Case as: Hines V. Con Rep Director, Ms. Jane Shell.

(B) As a Parole violater w/ new term from illegal conviction that exposed liabilities as double-jeopardy at Consolidated state to civil M.D.O. trials in San Luis Obispo County from San Diego County appellate issues under Morrissey V. Brewer # & SUPRA § --- The process should be flexible enough, considering :, letters, affidavits, and other material, that would not be admissable in a criminal trial # Rule 1101 (d) (e) of the federal rules of evidence.

(B-1) ——— BPT Board of Prison Terms collective data for prior violations, copies of reference letters from friendly witnesses, submitted as evidence (prospectives to alternative sentencing), (pre-post conviction issues for appeal) and Keheny V. Rushing (pre-MDO-post-Conviction) civil M.D.O. Attorney Christopher Crisarian at San Luis Obispo County California per: anders V. Calif. or "Anders Brief" advice suggested proper filing of appellate issues admitting the controversy and denying access to a jurisprudent attorney and advocate witness Rule and obstructed appellate process by bad faith. ———

3A

(C) This information has been submitted to the California Supreme Court 3rd Appellate District at Sacramento Ca? Yes.

(D) Request for Relief:? By the rules governing 28 USC § 2254 rule 2 (C) (3):,
That the Federal Writ of Habeas Corpus be fully consolidated to the state civil filed complaint for which Federal Habeas relief is sought from state conviction as Case No. 2007-0007-8121 CU-CO-CTL.# Hines, v. Con Rep Dir. Ms. Jane Shull, and Hines v. Wood (of S.D. parole and C.S.R.)..., Case No. 2007 0007 0007 8120 # for Diversity / Complete and/or Supplemental jurisdiction 28 USCA § 1332 (a) for appellants seeking over $75,000.00 for damages.
28 USCA § 1367 Supplemental jurisdiction statute due to 42 USC § 1396 r $500.00 a day $25,000.00 a month for Contract failure compensatory & punitive damages the civil code statutes are joined to the P.I. P.D. WD. complaint as: 1812.10. 2984.4 and civil code of proc. § 382 for additional does. F.R. Civ. P. 5 (C) Numerous defendants. Concurrent jurisdiction for conversion of custody of appellant is cognizable on behalf of petitioner forthwith.
END Grounds Two.

2-18-2008                   pro per James Lynn O'Hare
Note: 28 USC § 1367, qui tam... pg 9, A.B.C.  28 USCA § 1332 (a)
Debt to Government for recidivism, unrehabilitation, audit by time spent equal to percentage ratio = Statistics. #√
76

1. GROUNDS FOUR. CONTINUED:
2. Qui tam action: Plaintiff as: Native American Indian Private
3. Person - Citizen: aka "Yellow Fox" of Seminoles circa 1900.
4. Florida to Illinois.: Eligibility? Yes. 42 CJS § 3 Mixed
5. Bloods (Indians) Indian Tribal Rights 42 USCA § 9601 (36)
6. 42 USCA § 300 (f) (14) (40) CFR § 146.3. ⌈Indisposable Party.⌉
7.     California to Arizona Indian Photographs at
8. Corcoran SHU IV yard 6-99 to 10-99 rural acquisitions
9. destroyed due to failed family visits SSU I6I T6I %
10. interferences. 18 USCA § 2510 (4) Federal Wiretapping Act.
11. Value: 1966-67 Photos. Priceless. ⌈Fed. R. Civ. P. 19 b⌉
12.     Latin: "qui-tam-pro-domino-rege-quam-pro
13. se-ipso-in-hac-parte-sequitur."
14.     English: "who as well for the King as for himself
15. sues in this matter."
16. Value: California P.O.A. &, CCPOA union transient to A.O.O.
17. & Az. Dept. of Corr. from Atascadero State Hospital and
18. Board & Care Home $500.00 a day $25,000.00 a
19. month Statute 42 USC 1396 r.
20.     Plaintiff in the 9th Cir Fed. courts Requests:
21. Compensation Determination: and Return to the 6th Sixth Judicial
22. Circuit of Illinois from Calif, Az (A.R.S. 38-611).
23.     Defendant: A.R.S. 41-1602 A-B.   A.R.S. 41-1603
24. A.R.S. 41-1604 A.6. A-B. Case No. CV200602051 #(see: 9-B)
25.     Damages as: Automated Rule Violation Reports: Support
26. for States Response to Pinal County Rule 32-3 on as a
27. Writ Habeas Corpus w/ T.R.O.s And Garnishments on
28. Does as A.R.S. 13-812 Case No 2008 00031
29. Pinal County. ⌈Joinder⌉ Isolation in seclusion ward Jm II.
    (9-A)

1. Retro Active Jan 4th 2007 Wunda A. Hoffman Asst.
2. Atty General filed Response to Petition For Writ of Habeas
3. Corpus Motion to Dismiss = The Honorable Stephen
4. McCarville, Pinial County Superior Court 971 Jason Lopez
5. Circle Bldg A. Florence Az. 85232
6.                      Exhibit A.
7. Time Computation program specialist for Central office =
8. Chrono Documentation as follows: Case No. CR 2004 1290 44 001
9. DT. Count ONE = ARS# 13-1204 F3 Aggravated Assault.
10. James Lynn Hines 197067 P 6.25 yrs. Begin Oct. 7 2004.
11. as aka = Jackson Mulloy K86989 @ Calif civil M.D.O parollee.
12. ARS# 13-3842 F.4. Atascadero State Hospital to San
13. Diogo County to Maricopa County Phoenix Az.
14. Comm. Supervision 10 mos. (consecutively)
15.                      Disciplinary Actions

| Line | Dates: | No's # | Class III Days | Forfeited Release Credits |
|---|---|---|---|---|
| 17 | 12/19/05 | 05 A01 0867 | 60 | 00 |
| 18 | 12/19/05 | 05 A01 0868 | 60 | 00 |
| 19 | 2/27/06 | 06 A11 0050 | 60 | 00 |
| 20 | 3/27/06 | 06 A21 0085 | 30 | 50 |
| 21 | 6/26/06 | 06 A21 0184 | 60 | 10 |
| 22 | | | | |
| 23 | 3/19/08 | 08 A21 0045 | 90 | 103 |

(9-B)

1  Inmate Grievances and Appeals and Credit Time Restoration
2  Forms filed: 12/31/07. For cases: on 3/27/06
3  and 6/26/06  30 and 60 days  50 and 10
4  days total Class II and Forfeited Release Credits
5  Denied for alleged "behavior problems" w/ no rule
6  violations since 6/26/06 & Opinion over the
7  Equal Standard general purposes as others due to
8  pending Pinal County case P Hinos v. Pierson 2008 00031
9  for illegal Interrogations by Corcoran Internal Affairs post
10 6-99 & 10-99 to Arizona Dept. of Corr.
11       Exhaustion of Remedies: 42 USC 1997 e (a) ? Yes.
12 SMU II at Florence is a Non-working Non-rehabilitative Unit
13 Supervised by Defendant(s). Computer surveillance 18 USCA §
14 2510-2520 Audio video techs (A.V.T.S.)
15       Imminent Danger or Physical Injuries ? Yes.
16 Past: Mexican-(White Indian) fights by video Corcoran I/m
17 Duarte PVP Rodriquez-Martinez & Whites aka "Jersy"
18 "Filthy" w/ I/m Millette Brown White Ad Seg yard (no Blacks).
19 Segregated. R.J. Donovan I/m Aruba Alhambra white I/m
20 Gammon Buckeye State prison Jimenez - Cipas Hospital
21 to Florence to receive rule violations Ad Seg to SMU II.
22 Future: Line of duty parole agent threats w/ priors to
23 shoot to kill parollee if violence continues w/ Gangs.
24 All I/ms at SMU II Florence are gangs of San Diego
25 Calif Wilmas, O.T.N.C., same unit housing #.
26       4th Waiver parollee agreement(s) search & seizures w/ priors
27 to deny Quality medicare - medical or H.M.O. Insurance
28 Medical Needs in case of Emergency.
29 Computer surveillance interferes w/ Jobs, and Family Liberty Interests
                        (9C)