**NUNC PRO TUNC**

FILED JUN -2 2008

FILED
2008 JUN -6 PM 12: 36
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

James Lynn O'Hines
197067
ASPC-Eyman
SMU II
PO Box 3400
Florence, AZ 85232

* Hon. Leo S. Papas - Qually General
Case: Civil No. 08 0697 DMS LSP.
* Motions Federal Civil Criminal,
Appellate Rules w/ permission
on 5-5-08 U.S. Mag. Leo C. Lewis

v. California State,
SAF122463
4th Appellate Div.
D052738. #

1. Case No. 308-CV-00647 DMS LSP.
2. # 08-0698-BEN PCL. mailed.

Motions: de novo, ex parte, Federal Rules Regulations of courts civil, criminal, and Appellate. F.R.Civ.P. 6 (D)(E) additional time until July 15th on Case No. 308 CV 00697 DMS LSP.

James Lynn O'Hines aka Jackson Malloy K86989. #

v.

Deputy Warden Toren Bijns et al #

Issue: "Runaway at Appeal."
Fed. R. Crim P. 32.1 (a)(1)

June 2nd 2008 was deadline date for proper filings. Petitioner has mailed a First Amended pleading No # 08-0698 BEN PCL Writ Habeas Corpus w/ proof of service w/ an additional copy., (Rule 9 (b) Fraud, mistake or condition of the mind) Petitioner is now prepared to file correctly all future Pleadings as Requested, and seeks "additional time" for Case No. # 308cv00697 DMS LSP. for just and speedy adjudications and joinder of claims and remedies, in the interest of justice Rule 21 Motion Civil, Criminal and Appellate procedures 35 FRD 517, 329 1964, "A plea for reversive provisions" under Travis v. United States... 364 US 631 (1961).

Morrissey v. Brewer 408 US 471, 1472 Fed R. Crim p 32.1 (a)(1). #

May 30th 2008
James Lynn O'Hines